**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

In Re:                                                    Case No.: 2–06–21053–JCN
  Donald F. Murphy            SSN/TaxID: xxx–xx–6103   Chapter: 13

                                          Debtor(s)

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on August 29, 2007 . The undersigned deputy clerk of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Dated: August 29, 2007                                          Paul R. Warren
                                                             Clerk, U.S. Bankruptcy Court

                                                             By:   C.
                                                                          Capogreco
                                                                          Deputy
                                                                          Clerk

                                                                                              **Form ntcentry**
                                                                                                      Doc 99